1  Ann M. Cerney, SBN: 068748
   Attorney at Law
2  42 North Sutter Street, Suite 400
   Stockton, California  95202
3  Telephone: (209) 948-9384
   Facsimile:  (209) 948-0706
4
   Attorney for Plaintiff
5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10  BECKY JANOVICH,                    No.  2:13-cv-00096-DAD

11             Plaintiff,              **STIPULATION AND ORDER
                                       EXTENDING PLAINTIFF'S TIME TO**
12  vs.                                **FILE A MOTION FOR SUMMARY
                                       JUDGMENT**
13  CAROLYN W. COLVIN,
    Acting Commissioner of Social Security,
14  Defendant.

15             Defendant.

16  _____/

17        IT IS HEREBY STIPULATED by and between the parties, through their

18  respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a

19  Motion For Summary Judgment in the above-referenced case is hereby extended from the present

20  due date of September 19, 2013, by thirty days, to the new response date of October 21, 2013,

21  and that Defendant's brief will be due November 20, 2013.  This extension is requested because

22  Plaintiff has a particularly heavy briefing schedule this month.

23  /////

24  /////

25  /////

26  /////

27  /////

28

1
STIPULATION AND ORDER  EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT

1  DATED: September 19, 2013

                                           BENJAMIN B. WAGNER
                                           United States Attorney
                                           DONNA L. CALVERT
                                           Acting Regional Chief Counsel, Region IX

*/s/ Ann M. Cerney*                        */s/ Francesco Benavides*
ANN M. CERNEY,                       FRANCESCO BENAVIDES,
Attorney for Plaintiff                    (As authorized via E-mail on 9/19/13)
                                           Special Assistant U S Attorney
                                           Attorneys for Defendant

Ann M. Cerney, SBN: 068748
Attorney at Law
42 North Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile:  (209) 948-0706

Attorney for Plaintiff

## ORDER

Pursuant to the stipulation of the parties showing good cause for a requested first extension of Plaintiff's time to file a Motion For Summary Judgment, the request is hereby APPROVED.

Plaintiff shall file her Motion For Summary Judgment on or before October 21, 2013.

**IT IS SO ORDERED**.

DATED: September 19, 2013.

                                               *Dale A. Drozd*
                                             DALE A. DROZD
                                             UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\janovich0096.stip.ord.eot.wpd

STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT