1   Ann M. Cerney, SBN: 068748
    Attorney at Law
2   42 North Sutter Street, Suite 400
    Stockton, California  95202
3   Telephone: (209) 948-9384
    Facsimile:  (209) 948-0706
4
    Attorney for Plaintiff
5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10  BECKY JANOVICH,                       No.  2:13-cv-00096-DAD

11              Plaintiff,         **STIPULATION AND ORDER**
                                   **EXTENDING PLAINTIFF'S TIME TO**
12  vs.                            **FILE A MOTION FOR SUMMARY**
                                   **JUDGMENT**
13  CAROLYN W. COLVIN,
    Acting Commissioner of Social Security,
14  Defendant.

15              Defendant.

16  _____/

17          IT IS HEREBY STIPULATED by and between the parties, through their

18  respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a

19  Motion For Summary Judgment in the above-referenced case is hereby extended from the present

20  due date of September 19, 2013, by thirty days, to the new response date of October 21, 2013,

21  and that Defendant's brief will be due November 20, 2013.  This extension is requested because

22  Plaintiff has a particularly heavy briefing schedule this month.

23  /////

24  /////

25  /////

26  /////

27  /////

28

                                            1

DATED: September 19, 2013

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX

_/s/ Ann M. Cerney_
ANN M. CERNEY,
Attorney for Plaintiff

_/s/ Francesco Benavides_
FRANCESCO BENAVIDES,
(As authorized via E-mail on 9/19/13)
Special Assistant U S Attorney
Attorneys for Defendant

Ann M. Cerney, SBN: 068748
Attorney at Law
42 North Sutter Street, Suite 400
Stockton, California  95202
Telephone: (209) 948-9384
Facsimile:  (209) 948-0706

Attorney for Plaintiff

## ORDER

Pursuant to the stipulation of the parties showing good cause for a requested first extension of Plaintiff's time to file a Motion For Summary Judgment, the request is hereby APPROVED.

Plaintiff shall file her Motion For Summary Judgment on or before October 21, 2013.

**IT IS SO ORDERED**.

DATED: September 19, 2013.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\janovich0096.stip.ord.eot.wpd